FILED

...I ...J 21  P 3: 07

CIVIL
DISTRICT COURT

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO: 2017-8086                                                         DIVISION M

WALLACE RODRIGUEZ          SECTION 13

VERSUS

WAL-MART LOUISIANA, LLC. AND WAL-MART STORES, INC.

FILED: _____          _____
                                                                   DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, WALLACE RODRIGUEZ, a person of the full age of majority, domiciled and residing in the Parish of Jefferson, State of Louisiana, who respectfully represents the following:

1.

The following parties, made Defendants in this suit, are indebted to the Petitioner jointly, severally and in solido, for all damages as are reasonable in the premises, with legal interest thereon from the date of judicial demand until paid, and for all costs of these proceedings:

A. WAL-MART LOUISIANA, LLC, on information and belief, is a Delaware limited liability company with its principle place of business in Arkansas and which, on information and belief, is licensed to do and is doing business within the State of Louisiana and the Parish of Orleans;

B. WAL-MART STORES, INC., on information and belief, is a Delaware Corporation with its principle place of business in Arkansas and which, on information and belief, is licensed to do and is doing business within the State of Louisiana and the Parish of Orleans.

2.

Venue is proper in Orleans Parish in accordance with Louisiana Code of Civil Procedure Article 74, as the Petitioner sustained his damages in Orleans Parish and one or both of the Defendants are believed to own and operate Walmart Supercenter store number 1163, in Orleans

EXHIBIT A




Parish.

3.

This court has jurisdiction over this proceeding pursuant to the provisions of Louisiana Code of Civil Procedure, Article 6 *et seq.* in that this is a suit for damages sustained within the State of Louisiana.

4.

On or about August 28, 2016, Wal-Mart Louisiana, LLC, was operating a store, number 1163, in Orleans Parish, State of Louisiana ("the store"). The Store's physical location being found at 4001 Behrman Highway, New Orleans, Louisiana, 70131. On information and belief, on August 28, 2016, and at all other pertinent times, Wal-Mart Louisiana, LLC, was also the owner of the Store.

5.

Alternatively, on August 28, 2016, and all other pertinent times, Wal-Mart Stores Inc. was the owner of the Store.

6.

On or about August 28, 2016, your Petitioner, WALLACE RODRIGUEZ, was shopping in the Store when he slipped on a liquid on the floor of the Store in the shampoo isle. Said liquid was believed to be some form of body soap or shampoo. Said slip resulted in the Petitioner sustaining serious and severe physical and mental injuries.

7.

At the time of the Petitioner's slip, he stationed his shopping cart directly over the area of the soap to ensure that other patrons would not subsequently slip and fall on the liquid surface. A store manager or employee was called for assistance, at which time, Wallace Rodriguez completed an incident report, documenting his slip.

8.

The soap or other liquid on the floor of the Store created a hazard or unreasonably dangerous condition on the floor of the Store. Further, the Store failed to place warning cones, signage, or any other warning structures to advise patrons of the unreasonably dangerous

conditions that they knew or should've known were present.

9.

As a result of the slip, your Petitioner, Wallace Rodrigquez, seeks general and special damages of past and future physical pain and suffering, medical expenses, lost wages, future impairment of earning capacity, permanent disability and loss of enjoyment of life. Wallace Rodriguez's injuries to his person include, but are not limited to:

A. Spinal hypertrophy;

B. Herniation of spinal discs C5-C6 with severe nuerocompression and joint hypertrophy;

C. Bulging spinal discs in discs C6-C7;

D. Spinal herniation of discs L3-L5;

E. Torn lateral meniscus;

F. Torn medical meniscus;

G. Prepatellar swelling; and

H. MCL sprain; and,

I. Mental anguish and suffering.

10.

As owner and operator of the Store and as employer of the Store employees on the premises, Wal-Mart Louisiana, LLC is liable for all damages sustained by Wallace Rodriguez.

11.

Alternatively, as owner of the Store, Wal-Mart Stores Inc. is liable for all damages sustained by the Petitioner, Wallace Rodriguez.

12.

On information and belief, at the time that Wallace Rodriguez slipped, the soap or liquid had been on the floor for a sufficient amount of time for Defendants, through their agents, assigns, or employees for whom they are vicariously liable, had constructive and/or actual notice of its presence.

13.

Said slip occurred through the sole negligence of Wal-Mart Louisiana, LLC, and Wal-Mart Real Estate Trust, vicariously and/or directly, without any contributory negligence whatsoever upon the part of the PETITIONER.

Such negligence consisted of, but was not limited to, the following:

A. Causing, creating or permitting the unreasonably dangerous condition to exist on their premises that they knew or should've known existed at the time of the Petitioner's injuries;

B. Failing to correct or remedy the unreasonably dangerous condition;

C. Failing to warn customers, such as your Petitioner, of the unreasonably dangerous or defective condition;

D. Failing to timely and/or adequately inspect and clean isles, passage ways and floors of the Store and/or failing to locate the unreasonably dangerous condition;

E. Failure or refusal to timely clean up or otherwise remedy the unreasonably dangerous condition upon reasonable notice, actual or constructive, of its existence;

F. Failing to maintain adequate inspection and cleaning procedures given the size, location, customer traffic volume, and other conditions of the Store and given the location of the hazard within the Store;

G. Failing to place obstructions or other devices to prevent access of customers, such as your Petitioner, to the area of the floor containing the unreasonably dangerous condition

H. Any other negligent acts and omissions which will be proven at the trial of this matter.

14.

Wal-Mart Louisiana, LLC and/or Wal-Mart Stores Inc. are vicariously liable for the negligent acts and omissions of its employees acting their course and scope of their respective employment duties and whose actions were primarily employment rooted and incidental to the performance of their duties as employees.

15.

As a result of the described slip, Petitioner, Wallace Rodriguez, prays and avers that he is entitled to damages as are reasonable in the premises.

16.

Petitioner, as a result of his injuries sustained and described herein, is un-employed and lacks the ability to proceed with paying costs in advance of this matter. As such, and in consideration of applicable law, Petitioner, Wallace Rodriguez respectfully requests that he be allowed proceed with an *In Forma Pauperis* status.

17.

Petitioner pleads the doctrine of res ipsa loquitor.

**WHEREFORE**, Petitioner, WALLACE RODRIGUEZ, prays that the Defendants herein be duly cited and served with a copy of this petition and be required to answer same, finding the Defendants at fault and liable, all in accordance with the law, and that after due proceedings had, there be a judgment herein in favor of the Petitioner and against the Defendants, jointly, severally and in solido, for such damages as are reasonable in the premises, together with legal interest thereon from the date of judicial demand until paid, for all costs of these proceedings, and for all just and equitable relief and that he be allowed to proceed in this matter under In Forma Pauperis status.

Respectfully Submitted by:

David L. McBride, Esq.
Louisiana Bar No. 35901
The McBride Law Firm
711 2nd Street
Gretna, LA, 70053
Phone: (504) 233-8112
Fax: (504) 345-2379
Attorneys for Petitioner, Wallace Rodriguez

Leo Caillier, III
Louisiana Bar No. 36158
Leo Caillier & Associates
711 2nd Street
Gretna, LA, 70053
Phone: (504) 717-5402
Fax: (504) 345-2379
Attorneys for Petitioner, Wallace Rodriguez

**A TRUE COPY**

DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

PLEASE SERVE AND CITE:

Wal-Mart Louisiana, LLC
Through its Agent for Service
CT Corporation System
8550 United Plaza Blvd.
Baton Rouge, LA, 70809

Wal-Mart Stores Inc.
Through its Agent for Service of Process
CT Corporation System
8550 United Plaza Blvd
Baton Rouge, LA, 70809

FILED

17 AUG 21 P 3: 01

CIVIL
DISTRICT COURT

## CIVIL DISTRICT COURT FOR THE OF PARISH ORLEANS

## STATE OF LOUISIANA

NO:                                                            DIVISION

### WALLACE RODRIGUEZ

### VERSUS

### WAL-MART LOUISIANA, LLC AND WALMART STORES INC.

FILED:_____                    _____
                                                  DEPUTY CLERK

## **VERIFICATION**

**STATE OF LOUISIANA**

**PARISH OF JEFFERSON**

**BEFORE ME**, the undersigned authority, personally came and appeared WALLACE RODRIGUEZ, who, after being duly sworn, did depose and state that all of the allegations of fact contained in the foregoing are true and correct to the best of his knowledge, information and belief.

_____
WALLACE RODRIGUEZ

SWORN TO AND SUBSCRIBED
BEFORE ME THIS 16
DAY OF August, 2017

_____
NOTARY PUBLIC



DAVID L. MCBRIDE, ESQ.
NOTARY PUBLIC
LSBA No. 35901
MY COMMISSION IS FOR LIFE.



| Wallace Rodriguez | * | 41 JUDICIAL DISTRICT COURT |
|---|---|---|
| **VERSUS** | * | DOCKET NUMBER: _____ FILED Div. ___ |
| Wal-Mart Louisiana, LLC et al | * | Orleans PARISH, LOUISIANA |

'10 AUG 21 P 3:01

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## In Forma Pauperis Affidavit

CIVIL DISTRICT COURT

### All questions must be answered in full.

Note: Questions 2 and 3 should not be filled in if you are seeking protection from abuse.

1. Your Full Name: Wallace Joseph Rodriguez

   Social Security Number (Optional): 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   Date of Birth: 9/14/1965

   Age: 52   Sex: Male

2. Address: 677 Bennerwood   Gretna, LA   70056
   (Box Number or Street Address)   (City and State)   (Zip Code)
   (See Note above)

3. Telephone Number(s): (HOME) 504-316-1591   (WORK) _____
   (See Note above)

4. Are you a Student? [ ] YES [✓] NO   If yes, please indicate the name of the school you are attending: _____   Enrollment Status: _____

5. **Current Household:**
   Single: [✓] Married: [ ] Separated: [ ] Divorced: [ ] Widowed: [ ] Intimate partner: [ ]
   How many children do you support who are under 18? 0
   How many children live with you? 0   Do you have any other dependents? yes
   State the Name, Age and Relationship to you of the children and dependents:

   | NAME | AGE | RELATIONSHIP |
   |---|---|---|
   | Therese Rodriguez | 86 | Mother |
   | | | |
   | | | |
   | | | |

6. What is your current Occupation? None   Are you employed? [ ] YES [✓] NO
   (If yes, please complete the following **Employer Information**)
   Name of Employer: _____
   Address: _____
   (Street Address)   (City and State)   (Zip Code)
   Telephone Number: _____   How long have you been employed? _____

   (If you are not employed, please provide information of your **last employer**)
   Name of last employer: Parc Fontaine Apartments
   Address: 3101 Rue Parc Fontain   New Orleans, LA   70131
   (Street Address)   (City and State)   (Zip Code)
   How long have you been unemployed? 9 months
   What were your monthly wages? $1400
   — unemployed

7. **Gross Income:** (a) State your gross earned income from wages and how you are paid:
   Weekly? [ ] Bi-Weekly? [ ] Monthly? [ ]   Amount/month $ 0

   (b) Apart from income or support listed in response to question 8(b) below, how much other income do you receive on a monthly basis?   $ 0
   → from unemployment check
   (c) Monthly Deductions: Federal Income Tax: $ 68.83   FICA: $ 54.56   $ _____

   (d) Other deductions: (explain) _____

   from unemployment benefits

   **TOTAL NET MONTHLY INCOME:** (Add question 7 (a) + (b) less (c))   $ 880

Revised October 2003

VERIFIED   Page 1 of 4

8(a). If you are married and live with a spouse, please answer:
Is your spouse employed?_____ What is the occupation of your spouse?_____
Is your spouse paid Weekly?☐ Bi-Weekly?☐ Monthly?☐ Amount/month $_____
Name of spouse's employer:_____
Address: _____
    (Street Address)    (City and State)    (Zip Code)
Telephone Number: _____ How long has spouse been employed? _____

8(b). Do you or your spouse receive any of the following income or support? ☑ YES ☐ NO
    If yes, state the monthly amount. SSI: $ ∅    Disability: $ ∅
    Worker's Comp: $ ∅    Unemployment Benefits: $ 880
    Food Stamps: $ 16    TANF: $ ∅    Child Support: $ ∅
    Spousal Support: $ ∅    Kinship Care Subsidy Grant: $ ∅    Other: $ _____

If you are a client of a legal services program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from a legal services program and have a combined income from questions 7 and 8 that is less than or equal to 125% of the federal poverty level, skip all parts of question 9, and continue with question 10 on the next page.

9. Do you own or have an interest in any of the following? (Including community property)

| A. | VALUE OF INTEREST | BALANCE OWED |
|---|---|---|
| HOUSE | $ NO | $ |
| AUTOMOBILE | $ 500 | $ ∅ |
| TRUCK | $ NO | $ ∅ |
| WATERCRAFT | $ NO | $ |
| LIVESTOCK | $ NO | $ |
| MACHINERY | $ NO | $ |
| STOCK | $ NO | |
| BONDS | $ NO | |
| CERTIFICATES OF DEPOSIT | $ NO | |
| OTHER IMMOVABLE PROPERTY | Equity $ ∅ | Debt $ |

DO YOU HAVE A BANK ACCOUNT(S)? ☐ YES ☑ NO   Amount in account(s): $ ∅
☐ CHECKING ☐ SAVINGS   Name and Location of Bank: N/A
**TOTAL VALUE OF ASSETS: $ 500**

**B. i. List your Monthly Expenses:**

| | | |
|---|---|---|
| Rent: $ 400 | Cable: $ NA | Car Note: $ N/A |
| Lot Rent: $ N/A | Garbage: $ N/A | Car Insurance: $ |
| House Note: $ N/A | Medical Insurance: $ medicaid | Transportation: $ 15.00 |
| House Insurance: $ NA | Medical Expenses: $ medicaid | Food: $ 100.00 |
| Gas: $ | Dental Expenses: $ medicaid | Barber/Beauty: $ |
| Electricity: $ Included in rent | Prescriptions: $ medicaid | Entertainment: $ |
| Water: $ Included in rent | Life Insurance: $ N/A | Grooming Supplies: $ 25 |
| Telephone: $ 50 | Daycare: $ N/A | Garnishment: $ |
| Property Taxes: $ N/A | Child Support: $ N/A | Other: $ |

**Total Amount of section i:**      $ 590

**ii. Credit cards:** (List type of card and monthly payment)

| Card Name | Monthly Payment |
|---|---|
| N/A | $ |
| | $ N/A |
| | $ |
| | $ |

**Total Amount of section ii:**      $ ∅

**iii. Financial Loans:** (List the financial institution and your monthly payment)

| Financial Name | Monthly Payment |
|---|---|
| N/A | N/A |

**Total Amount of section iii:**      $ ∅

**TOTAL MONTHLY EXPENSES:** (Add 9B (i+ii+iii) =Total Monthly Expenses) $ 590.00

10. **Does anyone regularly help you pay your expenses?**  ☑ YES  ☐ NO
(a) If yes, state that person's name and relationship to you.
   Name: _Therese Rodriguez_    Relationship: _Mother_
(b). Do you have any additional income or assets that are not shown above?  ☐ YES  ☑ NO
   **If you answered yes to either (a) or (b), please explain:**
   _My mother helps pay for my expenses because_
   _I'm unemployed._

11. **If you have an attorney, what arrangements have you made to pay your attorney's fee? What amount, if any, have you paid?** (You are required to answer fully.)
   _Contingency fee contract. No payments_
   _were made up front._

12. **Has your attorney or the Notary Public told you that you may go to jail if you intentionally give a false answer to any of the above questions?** ☑ YES ☐ NO

## MOVER'S AFFIDAVIT

**STATE OF LOUISIANA**
**PARISH OF** _Jefferson_

   **BEFORE ME** the undersigned authority personally came and appeared:

   _Wallace Joseph Rodriguez_

   who, after being duly sworn, deposed and said:

1. He/She provided the information above; that the information is furnished to the court for the purpose of requesting permission to litigate the above captioned lawsuit without paying the costs in advance or as they accrue or furnishing security therefor.

2. That the above information is a true and correct statement of his/her financial condition.

3. That the pleading and all allegations of fact therein are true and correct; and that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide security therefor.

4. He/She has read and understands the privilege contained in the notice below.

## NOTICE

Although you may be granted the privilege of proceeding without prepayment of costs, **SHOULD JUDGMENT BE RENDERED AGAINST YOU, YOUR STATUS AS A PAUPER DOES NOT RELIEVE YOU OF THE OBLIGATION TO PAY THESE COSTS.**

The privilege to proceed *IN FORMA PAUPERIS* is restricted to litigants who are clearly entitled to do so, with due regard to the nature of the proceeding, the court costs which otherwise would have to be paid, and the ability of the litigant to pay them or to furnish security therefor, so that the indiscriminate filing of lawsuits may be discouraged, without depriving a litigant of the benefit of proceeding *in forma pauperis* if he/she is entitled to do so.

_____
Mover's Signature

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in _Jefferson_, Louisiana, this _16_ day of _August_, 200_7_.

_____
NOTARY PUBLIC

DAVID L. MCBRIDE, ESQ.
NOTARY PUBLIC
LSBA No. 15901
MY COMMISSION IS FOR LIFE

Revised October 2003                                                            Page 3 of 4

## THIRD PARTY AFFIDAVIT

FILED

2017 AUG 21 P 3:01

**STATE OF LOUISIANA**
**PARISH OF** Jefferson

CIVIL DISTRICT COURT

**BEFORE ME**, personally came and appeared: Theresa Rodriguez, who, after being sworn, deposed and said that he/she knows Wallace Rodriguez well and that he/she knows that because of his/her poverty and want of means, he/she is unable to pay the costs of court in advance or as they accrue, nor is he/she able to provide bond therefor.

X _Theresa Rodriguez_
Signature of Witness

SWORN TO AND SUBSCRIBED BEFORE ME, a Notary Public in Jefferson Louisiana, this 16 day of August, 2007.

NOTARY PUBLIC
DAVID L. MCBRIDE, ESQ.
NOTARY PUBLIC
LSBA No. 35901
MY COMMISSION IS FOR LIFE.

## LEGAL SERVICE PROGRAMS' DECLARATION

**I ATTEST** that I am a duly authorized representative of a Legal Services Program funded by the Legal Service Corporation or a Pro Bono Project that receives referrals from one of these Legal Service Programs, and that _____ has produced evidence that he/she receives public assistance benefits, or that he/she has qualified to receive free legal services based on his/her income being less than or equal to 125% of the federal poverty level and therefore is entitled to a rebuttable presumption that he/she is entitled to the privilege of litigating without prior payment of costs.

_____
Legal Services Program or Pro Bono Project Representative

## ORDER

Considering the foregoing Pleading and Affidavits:
let Wallace Rodriguez prosecute or defend this litigation in accordance with Louisiana Code of Civil Procedure Article 5181, et. seq., without paying the costs in advance or as they accrue or furnishing security therefor.

THUS, READ AND SIGNED, this 22nd day of August, 2017, in New Orleans, Louisiana.

_____
DISTRICT JUDGE
Clare Jupiter "E"
(duty)

**A TRUE COPY**

_____
DEPUTY CLERK CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA

**VERIFIED**

Revised October 2003
http://www.lasc.org/rules/dist.ct/COURTRULESAPPENDIX8.0.PDF

| Unemployment Benefits | Workforce Innovation and Opportunity Act (WIOA) | Trade Adjustment Assistance (TAA) | Other Benefits |

## Unemployment Insurance Claim Information

### Benefits Rights Information

The law sets qualifying requirements in three main areas: your past wages, your job separation, and ongoing availability and work search requirements. You must meet all of the following qualifying requirements in order to receive benefits.

## Past Wages

You must have earned enough wages in your base period. The base period is the first four of the last five completed calendar quarters before you filed your claim.

## Reason for separation from your last work

You must be unemployed or partially unemployed through no fault of your own in order to receive benefits.

## Ongoing availability and work search

You must be physically able and available to work. You must also be actively seeking work. If you are temporarily laid off and have a definite return-to-work date, your work search requirements may be waived.

For more detailed information refer to the Benefit Rights Information (PDF)

- English BRI
- Abbreviated version of the BRI - English
- English BRI for Disaster Unemployment Assistance (DUA) claims
- (en Español) BRI

### Claimant Details

Below is the personal information items concerning your benefit claim. Clicking the *Edit Information* link will allow you to modify address and phone information.

| | | | |
|---|---|---|---|
| **Claimant Name:** | Wallace Rodriguez | **Claimant User Name:** | WALLY269 |
| **Address:** | 677 BANNERWOOD DR | | |
| **City:** | Gretna | | |
| **State:** | LA | | |
| **Zip:** | 70056-7903 | | |

[ Edit Information ]

### Claim Details

Below are the details of your current benefit claim. You may find more information by clicking the *More Information* link.

| | | | |
|---|---|---|---|
| **Claim #:** | 3922521 | **Claim Effective Date:** | 1/29/2017 |
| **Claim Type:** | Reopen | **Benefit Year End Date:** | 1/27/2018 |
| **Claim Status:** | Benefits Exhausted | **Payment Type:** | Debit Card |
| **Available Credits:** | $6,422.00 | **Weekly Benefit Amount:** | $247.00 |
| **Claim Benefit Balance:** | 0.00 | **Claim Under Review:** | No |
| **Claim Benefit Paid** | $6,422.00 | **Unresolved Issues:** | No |
| **Federal Tax Withheld:** | Yes | **State Tax Withheld:** | No |

[ More Information ]

### Outstanding Claim Issues

**No Outstanding Issues have been found for this claim.**

### Weekly Benefit Certifications

## Weekly Certifications Review

Below are the weeks for which you have completed certifications to continue your unemployment benefits.

| # | Week Ending | Certification Filing Date | Benefit Pay Date | Payment Number | Benefit Amount | Federal Withholding | Payment Amount |
|---|---|---|---|---|---|---|---|
| 29 | 08/19/2017 | 8/20/2017 7:29:24 PM | 8/21/2017 | 10589837 | $247.00 | $25.00 | $222.00 |
| 28 | 08/12/2017 | 8/13/2017 7:20:11 PM | 8/14/2017 | 10581040 | $247.00 | $25.00 | $222.00 |
| 27 | 08/05/2017 | 8/6/2017 7:24:08 PM | 8/7/2017 | 10573409 | $247.00 | $25.00 | $222.00 |
| 26 | 07/29/2017 | 7/30/2017 7:15:58 PM | 7/31/2017 | 10564593 | $247.00 | $25.00 | $222.00 |
| 25 | 07/22/2017 | 7/23/2017 12:00:00 AM | 7/24/2017 | 10556174 | $247.00 | $25.00 | $222.00 |
| 24 | 07/15/2017 | 7/16/2017 12:00:00 AM | 7/17/2017 | 10547538 | $247.00 | $25.00 | $222.00 |
| 23 | 07/08/2017 | 7/9/2017 12:00:00 AM | 7/10/2017 | 10538893 | $247.00 | $25.00 | $222.00 |
| 22 | 07/01/2017 | 7/2/2017 12:00:00 AM | 7/3/2017 | 10530354 | $247.00 | $25.00 | $222.00 |
| 21 | 06/24/2017 | 6/25/2017 12:00:00 AM | 6/26/2017 | 10521983 | $247.00 | $25.00 | $222.00 |
| 20 | 06/17/2017 | 6/18/2017 12:00:00 AM | 6/19/2017 | 10513430 | $247.00 | $25.00 | $222.00 |
| 19 | 06/10/2017 | 6/11/2017 12:00:00 AM | 6/12/2017 | 10505600 | $247.00 | $25.00 | $222.00 |
| 18 | 06/03/2017 | 6/5/2017 12:00:00 AM | 6/6/2017 | 10500674 | $247.00 | $25.00 | $222.00 |
| 17 | 05/27/2017 | 5/28/2017 12:00:00 AM | 5/30/2017 | 10492214 | $247.00 | $25.00 | $222.00 |
| 16 | 05/20/2017 | 5/21/2017 12:00:00 AM | 5/22/2017 | 10484126 | $247.00 | $25.00 | $222.00 |
| 15 | 05/13/2017 | 5/14/2017 12:00:00 AM | 5/15/2017 | 10476897 | $247.00 | $25.00 | $222.00 |
| 14 | 05/06/2017 | 5/8/2017 12:00:00 AM | 5/9/2017 | 10472554 | $247.00 | $25.00 | $222.00 |
| 13 | 04/29/2017 | 4/30/2017 12:00:00 AM | 5/1/2017 | 10463050 | $247.00 | $25.00 | $222.00 |
| 12 | 04/22/2017 | 4/23/2017 12:00:00 AM | 4/24/2017 | 10455798 | $247.00 | $25.00 | $222.00 |
| 11 | 04/15/2017 | 4/16/2017 12:00:00 AM | 4/17/2017 | 10448278 | $247.00 | $25.00 | $222.00 |
| 10 | 04/08/2017 | 4/9/2017 12:00:00 AM | 4/10/2017 | 10441105 | $247.00 | $25.00 | $222.00 |
| 9 | 04/01/2017 | 4/2/2017 12:00:00 AM | 4/3/2017 | 10433711 | $247.00 | $25.00 | $222.00 |
| 8 | 03/25/2017 | 3/26/2017 12:00:00 AM | 3/27/2017 | 10426153 | $247.00 | $25.00 | $222.00 |
| 7 | 03/18/2017 | 3/20/2017 12:00:00 AM | 3/21/2017 | 10421199 | $247.00 | $25.00 | $222.00 |
| 6 | 03/11/2017 | 3/12/2017 12:00:00 AM | 3/13/2017 | 10410835 | $247.00 | $25.00 | $222.00 |
| 5 | 03/04/2017 | 3/5/2017 12:00:00 AM | 3/6/2017 | 10402976 | $247.00 | $25.00 | $222.00 |
| 2 | 02/11/2017 | 2/12/2017 12:00:00 AM | 2/21/2017 | 10388578 | $247.00 | $25.00 | $222.00 |
| 1 | 02/04/2017 | 2/5/2017 12:00:00 AM | Not Applicable | N/A | $247.00 | $0.00 | $0.00 |

Page 1 of 1    Rows: 100

[ File Benefit Certification ]

## Payment Summary

Below are the details on how each weekly payment was determined.

| # | Week Ending | WBA | Earnings Claimed | Total Deductions | Payment Amount | Pay Type | Trans Number |
|---|---|---|---|---|---|---|---|
| 29 | 08/19/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Final Payment | 15736744 |
| 28 | 08/12/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15718920 |
| 27 | 08/05/2017 | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15701756 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 26 | 07/29/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15682808 |
| 25 | 07/22/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15664335 |
| 24 | 07/15/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15645239 |
| 23 | 07/08/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15626233 |
| 22 | 07/01/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15607328 |
| 21 | 06/24/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15588315 |
| 20 | 06/17/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15561043 |
| 19 | 06/10/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15541857 |
| 18 | 06/03/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15527912 |
| 17 | 05/27/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15508819 |
| 16 | 05/20/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15491112 |
| 15 | 05/13/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15475480 |
| 14 | 05/06/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15463714 |
| 13 | 04/29/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15418659 |
| 12 | 04/22/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15390889 |
| 11 | 04/15/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15368234 |
| 10 | 04/08/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15350998 |
| 9 | 04/01/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15322005 |
| 8 | 03/25/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15298986 |
| 7 | 03/18/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15280707 |
| 6 | 03/11/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15258205 |
| 5 | 03/04/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15239226 |
| 2 | 02/11/2017 (Lock Week) | $247.00 | $0.00 | $25.00 | $222.00 | Taxes Withheld | 15205882 |
| 1 | 02/04/2017 (Lock Week) | $247.00 | $0.00 | $0.00 | $0.00 | Waiting Week | |

Page 1 of 1 Rows: 100

Based on the policy of your financial institution it may take up to three days for funds to appear in your account.

## Employers and Income During Base Period

Below are the employers for which you earned income during your *Base Period of Monetary Determination*.

**Weekly Benefit Amount:** $247.00
**Maximum Benefit Amount:** $6,422.00

| Employer | State Source | Q1 10/1/2015 - 12/31/2015 | Q2 1/1/2016 - 3/31/2016 | Q3 4/1/2016 - 6/30/2016 | Q4 7/1/2016 - 9/30/2016 | Total Wages | Wage % |
|---|---|---|---|---|---|---|---|
| HEAVENLY HAVEN CARE SERVICES INC | In State | $3,267.00 | | | | $3,267.00 | 11.986% |
| MULTIFAMILY MANAGEMENT (*MULTIFAMILY MANAGEMENT INC*) | In State | $6,269.00 | $5,335.00 | $6,228.00 | $6,158.00 | $23,990.00 | 88.014% |
| Total | | $9,536.00 | $5,335.00 | $6,228.00 | $6,158.00 | $27,257.00 | |

Page 1 of 1 Rows: 100

For more information on unemployment benefits click here to access Unemployment Services.